1 | Elizabeth R. Kennar | The Honorable Fred Van Sickle
Summit Law Group
2 | 315 S. Firth Ave. Suite 1000
Seattle, WA 98104

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
## AT RICHLAND

JAKE W. RIGGS and SALLY RIGGS, husband and wife,

  Plaintiffs,

v.

PORT OF WALLA WALLA, a special purpose district established under the laws of the State of Washington; JIM KUNTZ and JANE DOE KUNTZ, husband and wife and the marital community thereof; PAUL SCHNEIDMILLER and JANE DOE SCHNEIDMILLER, husband and wife and the marital community thereof; MIKE FREDRICKSON and JANE DOE FREDRICKSON, husband and wife and the marital community thereof; FRED BENNETT and JANE DOE BENNETT, husband and wife and the marital community thereof; KEN JANTZ and JANE DOE JANTZ, husband and wife and the marital community thereof,

  Defendants.

Case No. CV-07-5025-FVS

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

[Clerk's Action Required]

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 1
(CV-07-5025-FVS)

**SUMMIT LAW GROUP PLLC**
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON  98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001

# STIPULATION

The parties to this action, by and through their attorneys of record, stipulate that the above-captioned action and all claims and parties shall be dismissed with prejudice and without an award of costs or attorneys' fees to either party.

Dated this 17th day of December, 2007.

| | |
|---|---|
| SUMMIT LAW GROUP, P.L.L.C. | JANET TAYLOR LAW FIRM, LLC |
| Attorneys for Defendants | Attorneys for Plaintiffs |
| | |
| By s/ Elizabeth R. Kennar | By s/ Janet E. Taylor |
|    Elizabeth R. Kennar, WSBA # 25432 |    Janet E. Taylor, WSBA # 25432 |

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 2
(CV-07-5025-FVS)

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001

**ORDER**

Based on the above Stipulation of the parties, IT IS HEREBY ORDERED that the above-captioned action and all claims and parties are dismissed with prejudice and without an award of costs or attorneys' fees to either party. The Clerk shall close the file.

DONE this 19th day of December, 2007.

                                     s/ Fred Van Sickle
                                     Honorable Fred Van Sickle

Presented by:

SUMMIT LAW GROUP PLLC
Attorneys for Defendants


By s/ Elizabeth R. Kennar
     Elizabeth R. Kennar, WSBA # 25432


Approved as to form; notice of presentation waived:

JANETY TAYLOR LAW FIRM, LLC
Attorneys for Plaintiffs


By   s/ Janet E. Taylor
     Janet Taylor, WSBA # WSBA 30046

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 3
(CV-07-5025-FVS)

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON  98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> janet@jtaylor-law.com
> Janet E. Taylor
> Janet Taylor Law Firm LLC
> 710 George Washington Way, Suite F
> Richland WA  99352
> Tel:  (509) 943-2585
> Fax:  (509) 943-8855

DATED this 19th day of December, 2007.

_____
Kimberly Welsh, Legal Assistant

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 4
(CV-07-5025-FVS)

**SUMMIT LAW GROUP PLLC**
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON  98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001